THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-300-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| VADIM I. ODNOROZHENKO, | ) | |
| Defendant. | ) | |

This matter comes before the Court on Mr. Odnorozhenko's Motion for Early Termination of Supervised Release. The Court has reviewed the motion and the record in this case and finds, pursuant to 18 U.S.C. § 3583(e), that early termination is warranted by Mr. Odnorozhenko's conduct and in the interest of justice.

The Court therefore ORDERS that Mr. Odnorozhenko's term of supervised release shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record and to the United States Probation Office.

DONE this 7th day of November, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*US v. Vadim Odnorozhenko*; CR18-300-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**